Tony Diab, SBN 12954
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949.475.1500
Facsimile: 949.475.0016
tdiab@shb.com

*Attorneys for Defendant*
Union Pacific Railroad Company

[Additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN SPARTA; and JESUS D. DIAZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY; successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY; SFPP, L.P., previously known as SANTA FE PACIFIC PIPELINES, INC., previously known as SOUTHERN PACIFIC PIPELINES, INC.; KINDER MORGAN OPERATING L.P. "D": and KINDER MORGAN G.P., INC.,<br><br>Defendants. | CASE NO. 2:15-cv-01134-APG-CWH<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSES TO COMPLAINT** |

1

317981

Union Pacific's Motion to Extend Time
Case No. 2:15-cv-01134-APG-CWH

COME NOW Defendants Union Pacific Railroad Company and the Pipeline[1], by and through undersigned counsel, and file this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint.  Defendants respectfully request that this Court extend the deadline to respond to Plaintiffs' Complaint until August 20, 2015. Counsel for Plaintiffs does not oppose this requested extension.

Dated: August 10, 2015

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   /s/ *Tony Diab*
     TONY DIAB

Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949.475.1500
Facsimile: 949.475.0016
tdiab@shb.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

Dated: August 10, 2015

Respectfully submitted,

By:   /s/ *Summer Wynn*
     SUMMER WYNN

COOLEY LLP
4401 Eastgate Mall
San Diego, California  92121-1909
Telephone: 858-550-6030
Facsimile: 858-550-6420
swynn@cooley.com

Attorneys for Defendants
SFPP, L.P., KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.

---

[1] The Pipeline defendants refer to: SFPP L.P.; Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2015, the following document was electronically filed with the Clerk of the Court and served using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email address(es).

- UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSES TO COMPLAINTS

> */s/ Tony Diab*
> TONY DIAB

Tony Diab, SBN 12954
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949.475.1500
Facsimile: 949.475.0016
tdiab@shb.com

*Attorneys for Defendant*
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN SPARTA; and JESUS D. DIAZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY; successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY; SFPP, L.P., previously known as SANTA FE PACIFIC PIPELINES, INC., previously known as SOUTHERN PACIFIC PIPELINES, INC.; KINDER MORGAN OPERATING L.P. "D": and KINDER MORGAN G.P., INC.,<br><br>Defendants. | CASE NO. 2:15-cv-01134-APG-CWH<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSES TO COMPLAINT** |

Upon stipulation of Plaintiffs and Defendants, and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall have up and including August 20, 2015 to file their responsive responses to the Complaint.

IT IS SO ORDERED.

Dated: August 11, 2015                    _____
                                          U.S. MAGISTRATE JUDGE

1

317983

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2015, the following document was electronically filed with the Clerk of the Court and served using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email address(es).

- UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSES TO COMPLAINTS

*/s/ Tony Diab*
TONY DIAB